**UNITED STATES of America v. WESTERN WHEELED SCRAPER COMPANY.**

No. 5339.

Circuit Court of Appeals, Seventh Circuit.

Dec. 13, 1934.

Dwight H. Green, U. S. Atty., of Chicago, Ill.

John E. Hughes, of Chicago, Ill., for appellee.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

Now this day come the parties by their counsel and present and file a stipulation to dismiss this appeal, which said stipulation is in the words and figures following, to wit:

"It is hereby stipulated and agreed by and between the parties to this cause, by their respective attorneys, that the appeal heretofore taken by the United States of America, be dismissed."

On consideration whereof, it is now here ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed pursuant to the foregoing stipulation.

**UNITED STATES of America ex rel. Louis PIQUETT v. William McDONNELL, United States Marshal.**

No. 5335.

Circuit Court of Appeals, Seventh Circuit.

Sept. 20, 1934.

Benjamin Landis, of Chicago, Ill., for appellant.

Dwight H. Green, of Chicago, Ill., for appellee.

Before FITZHENRY and PAGE, Circuit Judges, and WILKERSON, District Judge.

PER CURIAM.

Now this day come the parties by their counsel and this cause now comes on to be heard on the transcript of the record from the District Court of the United States for the Northern District of Illinois, Eastern Division, and was argued by counsel.

On consideration whereof, it is now here ordered and adjudged by this court that the judgment of the said District Court in this cause appealed from be, and the same is hereby, reversed, and that this cause be, and the same is hereby, remanded to the said District Court, with direction to grant the writ of habeas corpus, and to admit the appellant, Louis Piquett, to bail upon the filing and approval of a bond in the sum of $10,-000 in each of the cases pending against him in the said District Court.

It is further ordered that the mandate of this court issue forthwith.